**FILED**

07/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0377

IN THE SUPREME COURT OF THE STATE OF MONTANA

| | | |
|---|---|---|
| MAIRA HORTA MOSS, | ) | |
| | ) | No.   OP 23-0377 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHAD SEHECHAL, | ) | **ORDER TO DISMISS** |
| | ) | |
| Respondent, and | ) | |
| | ) | |
| THE HONORABLE CHRISTOPHER | ) | |
| ABBOTT, Presiding Judge, | ) | |
| | ) | |
| Respondent. | ) | |

Upon receipt of the Petitioner's Unopposed Motion to Dismiss, and good cause shown, it is hereby ORDERED that the Petitioner's motion is GRANTED. Each party shall pay its own costs and fees and this matter is dismissed without prejudice.

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
July 20 2023